# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-177-KDB-DCK

| | |
|---|---|
| **GLOBAL HOOKAH DISTRIBUTORS, INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **AVIOR, INC.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 58) filed by Victoria A. Alvarez, concerning Dascher L. Pasco on July 16, 2020. Dascher L. Pasco seeks to appear as counsel *pro hac vice* for Plaintiff Global Hookah Distributors, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 58) is **GRANTED**. Dascher L. Pasco is hereby admitted *pro hac vice* to represent Plaintiff Global Hookah Distributors, Inc.

**SO ORDERED**.

Signed: July 16, 2020

David C. Keesler
United States Magistrate Judge